**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

06/08/2023

| | |
|---|---|
| IN RE: | |
| MANDY L. STOLAR<br>C/O RUSSELL A. BURDELSKI ESQ<br>THE LAW OFFICES OF RUSSELL A. BURDELSKI<br>1020 PERRY HIGHWAY<br>PITTSBURGH, PA 15237-2109<br>XXX-XX-2240          Debtor(s) | Case No.18-23489 GLT<br><br>Chapter 13 |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%,

the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

6/8/2023

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: CARE CREDIT/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 8443 |
| **DUQUESNE LIGHT COMPANY(*)**<br>ATTN. LITIGATION COUNSEL<br>411 SEVENTH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number: 12<br><br>CLAIM: 181.60<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2447 |
| **MCCALLA RAYMER ET AL**<br>NATL BANKRUPTCY DEPT**<br>1544 OLD ALABAMA RD**<br><br>ROSWELL, GA 30076-2102 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: FAY SVCNG/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **JENNIFER L CERCE ESQ**<br>MAIELLO BRUNGO & MAIELLO LP<br>100 PURITY RD STE 3<br><br>PITTSBURGH, PA 15235 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: PENN HILLS SD/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br><br>PITTSBURGH, PA 15212 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number: 6<br><br>CLAIM: 228.23<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1639 |
| **BRENTWOOD BOROUGH (SWG)***<br>C/O COLLECTOR - DLNQ YRS<br>BRENTWOOD MUNICIPAL BUILDING<br>3735 BROWNSVILLE RD<br>BRENTWOOD, PA 15227 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number: 13<br><br>CLAIM: 297.54<br>COMMENT: SURR/PL~SEC/SCH*NO GEN UNS/SCH*PRE-PETITION SWG +TRASH*W/7*DK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4441 |
| **BRENTWOOD BOROUGH (SWG)***<br>C/O COLLECTOR - DLNQ YRS<br>BRENTWOOD MUNICIPAL BUILDING<br>3735 BROWNSVILLE RD<br>BRENTWOOD, PA 15227 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number: 13<br><br>CLAIM: 486.31<br>COMMENT: DTR TO OBJ/CONF*SURR/PL~SEC/SCH*SWG+TRASH*OK TO PAY@PRI?*W/6*DK | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 4441 |
| **BRENTWOOD BOROUGH-R/E TAX****<br>C/O TUCKER ARENSBERG PC SLCTR<br>1500 ONE PPG PL<br><br>PITTSBURGH, PA 15222 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: SURR/PL*10-12,14~@CUR YR CLTR/SCH | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: |
| **BRENTWOOD BOROUGH-R/E TAX****<br>C/O TUCKER ARENSBERG PC SLCTR<br>1500 ONE PPG PL<br><br>PITTSBURGH, PA 15222 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: SURR/PL*13~@CUR YR CLTR/SCH | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: |
| **BRENTWOOD BOROUGH-R/E TAX****<br>C/O TUCKER ARENSBERG PC SLCTR<br>1500 ONE PPG PL<br><br>PITTSBURGH, PA 15222 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: SURR/PL*NO YRS~@CUR YR CLTR/SCH | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **BRENTWOOD BORO SD (BRENTWOOD) (RE)**<br>C/O JORDAN TAX SVC -DLNQ CLLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number: | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: SURR/PL*NO YRS~@CUR YR CLTR/SCH |
| **BRENTWOOD BORO SD (BRENTWOOD) (RE)**<br>C/O JORDAN TAX SVC -DLNQ CLLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number: | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: SURR/PL*NO YRS~@CUR YR CLTR/SCH |
| **BRENTWOOD BORO SD (BRENTWOOD) (RE)**<br>C/O JORDAN TAX SVC -DLNQ CLLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number: | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: SURR/PL*NO YRS~@CUR YR CLTR/SCH |
| **BRENTWOOD BORO SD (BRENTWOOD) (RE)**<br>C/O JORDAN TAX SVC -DLNQ CLLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number: | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: SURR/PL*10~@CUR YR CLTR/SCH |
| **BRENTWOOD BORO SD (BRENTWOOD) (RE)**<br>C/O JORDAN TAX SVC -DLNQ CLLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number: | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: SURR/PL*11~@CUR YR CLTR/SCH |
| **BRENTWOOD BORO SD (BRENTWOOD) (RE)**<br>C/O JORDAN TAX SVC -DLNQ CLLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number: | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: SURR/PL*11~@CUR YR CLTR/SCH |
| **BRENTWOOD BORO SD (BRENTWOOD) (RE)**<br>C/O JORDAN TAX SVC -DLNQ CLLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number: | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: SURR/PL*13~@CUR YR CLTR/SCH |
| **BRENTWOOD BORO SD (BRENTWOOD) (RE)**<br>C/O JORDAN TAX SVC -DLNQ CLLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number: | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: SURR/PL*14~@CUR YR CLTR/SCH |
| **CALIBER HOME LOANS**<br>PO BOX 619063<br>DALLAS, TX 75261 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:NC | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 5306 | CLAIM: 0.00<br>COMMENT: RS/OE*SURR/PL |
| **CITIBANK NA - TRUSTEE CMLTI ASSET TRUST**<br>C/O FAY SERVICING LLC(*)<br>PO BOX 814609<br>DALLAS, TX 75381-4609 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:9 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 5568 | CLAIM: 0.00<br>COMMENT: SURR/PL*CL=$10,535.46*2ND/SCH@CALIBER |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **COUNTY OF ALLEGHENY (RE TAX)*** <br> C/O JORDAN TAX SVC-CUR/DLNQ CLCTR <br> POB 200 <br> BETHEL PARK, PA 15102 | Trustee Claim Number: 21  INT %: 0.00% <br> Court Claim Number: | CRED DESC: SECURED CREDITOR <br> ACCOUNT NO.: | CLAIM: 0.00 <br> COMMENT: SURR/PL*NO YRS/SCH |
| **HSBC** <br> PO BOX 30253 <br> SALT LAKE CITY, UT 84130 | Trustee Claim Number: 22  INT %: 0.00% <br> Court Claim Number: | CRED DESC: SECURED CREDITOR <br> ACCOUNT NO.: | CLAIM: 0.00 <br> COMMENT: NT PROV/PL*NO$~NTC ONLY/SCH |
| **M & T BANK** <br> 1 FOUNTAIN PLAZA <br> BUFFALO, NY 14203 | Trustee Claim Number: 23  INT %: 0.00% <br> Court Claim Number: | CRED DESC: SECURED CREDITOR <br> ACCOUNT NO.: | CLAIM: 0.00 <br> COMMENT: NT PROV/PL*NO$~NTC ONLY/SCH |
| **M & T BANK** <br> PO BOX 1508 <br> BUFFALO, NY 14240 | Trustee Claim Number: 24  INT %: 5.00% <br> Court Claim Number: 5 | CRED DESC: VEHICLE <br> ACCOUNT NO.: 5007 | CLAIM: 13,290.87 <br> COMMENT: $15162.37CL5GOV@TERMS/PL*15,376@5%/PL*5%/CL FACE*W/46*PIF/CR |
| **BRENTWOOD BOROUGH SD & BRENTWOOD BO** <br> C/O JORDAN TAX SVC - DLNQ CLLCTR <br> 102 RAHWAY RD <br> MCMURRAY, PA 15317 | Trustee Claim Number: 25  INT %: 0.00% <br> Court Claim Number: 8 | CRED DESC: PRIORITY CREDITOR <br> ACCOUNT NO.: 2240 | CLAIM: 2,057.56 <br> COMMENT: CL8GOV*454.27/PL@0%~09/PL* 09,13,15/CL*2009~BORO ONLY/SCH |
| **PENN HILLS MUNICIPALITY (EIT)\*\*** <br> C/O MBM COLLECTIONS LLC (TAX DIVISION)PRE <br> FOXPOINT II <br> 100 PURITY RD STE 3 <br> PITTSBURGH, PA 15235 | Trustee Claim Number: 26  INT %: 0.00% <br> Court Claim Number: 7 | CRED DESC: PRIORITY CREDITOR <br> ACCOUNT NO.: 2240 | CLAIM: 1,416.78 <br> COMMENT: CL7GOV*1,198@0%/PL*TAX YR 2011/CL-PL*W/27 |
| **PENN HILLS SD (PENN HILLS) (EIT)\*\*** <br> C/O MBM COLLECTIONS LLC (TAX DIVISION)PRE <br> FOXPOINT II <br> 100 PURITY RD STE 3 <br> PITTSBURGH, PA 15235 | Trustee Claim Number: 27  INT %: 0.00% <br> Court Claim Number: 7 | CRED DESC: PRIORITY CREDITOR <br> ACCOUNT NO.: 2240 | CLAIM: 566.71 <br> COMMENT: CL7GOV*479.23/PL@0%*~11/PL*TAX YR 2011/CL*W/26 |
| **CAPITAL ONE\*\*** <br> 6125 LAKEVIEW RD STE 800 <br> CHARLOTTE, NC 28269 | Trustee Claim Number: 28  INT %: 0.00% <br> Court Claim Number: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 4057 | CLAIM: 0.00 <br> COMMENT: |
| **CAPITAL ONE\*\*** <br> 6125 LAKEVIEW RD STE 800 <br> CHARLOTTE, NC 28269 | Trustee Claim Number: 29  INT %: 0.00% <br> Court Claim Number: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 6762 | CLAIM: 0.00 <br> COMMENT: |
| **CAPITAL ONE\*\*** <br> 6125 LAKEVIEW RD STE 800 <br> CHARLOTTE, NC 28269 | Trustee Claim Number: 30  INT %: 0.00% <br> Court Claim Number: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 5349 | CLAIM: 0.00 <br> COMMENT: |

| Creditor | Trustee Info | Creditor Info |
|---|---|---|
| **CENTRAL CREDIT SERVICES**<br>POB 15118<br><br>JACKSONVILLE, FL 32239 | Trustee Claim Number:31 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3179 |
| **COMENITY BANK**<br>PO BOX 182272<br><br>COLUMBUS, OH 43218 | Trustee Claim Number:32 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~EXPRESS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2219 |
| **COMENITY BANK**<br>PO BOX 182272<br><br>COLUMBUS, OH 43218 | Trustee Claim Number:33 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~NY AND CO/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:34 INT %: 0.00%<br>Court Claim Number:1<br><br>CLAIM: 696.78<br>COMMENT: NO ACCT~CREDIT ONE BANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3360 |
| **ENHANCED RECOVERY COMPANY**<br>8014 BAYBERRY RD<br><br>JACKSONVILLE, FL 32256-7412 | Trustee Claim Number:35 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0847 |
| **DEPARTMENT STORES NATIONAL BANK/MACYS**<br>C/O NCO FINANCIAL SYSTEMS INC<br>PO BOX 4275<br>NORCROSS, GA 30091 | Trustee Claim Number:36 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **MERRICK BANK**<br>C/O RESURGENT CAPITAL SVCS**<br>POB 10368<br>GREENVILLE, SC 29603-0368 | Trustee Claim Number:37 INT %: 0.00%<br>Court Claim Number:2<br><br>CLAIM: 762.45<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7419 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:38 INT %: 0.00%<br>Court Claim Number:11<br><br>CLAIM: 3,258.00<br>COMMENT: NO ACCT/SCH*ONEMAIN/SPRINGLEAF FINANCIAL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5661 |
| **PRA AG FUNDING LLC**<br>C/O PORTFOLIO RECOVERY ASSOC<br>120 CORPORATE BLVD STE 100<br>NORFOLK, VA 23502 | Trustee Claim Number:39 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **SPRINGLEAF FINANCIAL SERVICES INC(*)**<br>PO BOX 3251<br><br>EVANSVILLE, IN 47731-3251 | Trustee Claim Number:40 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |

| | | |
|---|---|---|
| **STATE COLLECTION SERVICE INC**<br>2509 S STOUGHTON RD<br>PO BOX 6250<br><br>MADISON, WI 53701 | Trustee Claim Number:41  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **TD BANK NA(*)**<br>ATTN BANKRUPTCY DEPT ME 100-39<br>POB 9547<br><br>PORTLAND, ME 04112 | Trustee Claim Number:42  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: TARGET/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CBE GROUP**<br>1309 TECHNOLOGY PRKWAY<br><br>CEDAR FALLS, IA 50613 | Trustee Claim Number:43  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2210 |
| **CVI SGP ACQUISITION TRUST**<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10675<br><br>GREENVILLE, SC 29603-0675 | Trustee Claim Number:44  INT %: 0.00%<br>Court Claim Number:3<br><br>CLAIM: 539.77<br>COMMENT: NT/SCH*STERLING/KAY JEWELERS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1775 |
| **CITIZENS BANK NA**<br>ONE CITIZENS BANK WAY JCA115<br><br>JOHNSTON, RI 02919 | Trustee Claim Number:45  INT %: 0.00%<br>Court Claim Number:4<br><br>CLAIM: 525.73<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8629 |
| **M & T BANK**<br>PO BOX 1508<br><br>BUFFALO, NY 14240 | Trustee Claim Number:46  INT %: 0.00%<br>Court Claim Number:5<br><br>CLAIM: 0.00<br>COMMENT: NO GEN UNS/SCH*W/24*CL=$1.00=PIF/CR | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5007 |
| **THOMAS SONG ESQ FOR JODI L HAUSE ESQ F**<br>1617 JFK BLVD STE 1400<br><br>PHILADELPHIA, PA 19103 | Trustee Claim Number:47  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: LSF9 MSTR PRTCPTN TRUST/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **ATLAS ACQUISITIONS LLC - ASSIGNEE OF MID**<br>492C CEDAR LN STE 442<br><br>TEANECK, NJ 07666 | Trustee Claim Number:48  INT %: 0.00%<br>Court Claim Number:10<br><br>CLAIM: 479.49<br>COMMENT: NT/SCH*JTM CAPITAL MGMT/TOTAL CARD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3116 |
| **TUCKER ARENSBERG PC**<br>1500 ONE PPG PL<br><br>PITTSBURGH, PA 15222-5401 | Trustee Claim Number:49  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: BRENTWOOD BORO SEWAGE/CL 13 | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **TUCKER ARENSBERG PC**<br>1500 ONE PPG PL<br><br>PITTSBURGH, PA 15222-5401 | Trustee Claim Number:50  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: BRENTWOOD BORO TRASH/CL 13 | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |