# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315–2 | User: auto | Date Created: 7/28/2023 |
| Case: 18–23489–GLT | Form ID: pdf900 | Total: 60 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr    LSF9 Master Participation Trust
                                                                                                                    TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
tr     Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
aty    Jeffrey R. Hunt    jhunt@grblaw.com
aty    Jennifer L. Cerce    jlc@mbm-law.net
aty    Jodi L. Hause    jodi.hause@phelanhallinan.com
aty    Keri P. Ebeck    kebeck@bernsteinlaw.com
aty    Russell A. Burdelski    Russ@BurdelskiLaw.com
aty    S. James Wallace    ecfpeoples@grblaw.com
aty    Thomas Song    pawb@fedphe.com
                                                                                                                    TOTAL: 9

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         Mandy L. Stolar    1308 Main St, Apt #4    Burgettstown, PA 15021
cr         PRA Receivables Management, LLC    PO Box 41021    Norfolk, VA 23541
cr         Duquesne Light Company    c/o Bernstein-Burkley, P.C.    707 Grant Street, Suite 2200, Gulf Tower    Pittsburgh, PA 15219
cr         Fay Servicing, LLC    c/o McCalla Raymer Leibert Pierce, LLC    Bankruptcy Department    1544 Old Alabama Road    Roswell, GA 30076
cr         Penn Hills School District    c/o Maiello Brungo & Maiello, LLP    100 Purity Road    Suite 3    Pittsburgh, PA 15235
cr         Peoples Natural Gas Company LLC    c/o S. James Wallace, P.C.    845 N. Lincoln Ave.    Pittsburgh, PA 15233
cr         Borough of Brentwood/Brentwood School District    Goehring, Rutter & Boehm    437 Grant Street, 14th Floor    Frick Building    Pittsburgh, PA 15219 UNITED STATES
14938933   Atlas Acquisitions LLC    492C Cedar Lane, Ste 442    Teaneck, NJ 07666
14920267   BOROUGH OF BRENTWOOD    Brentwood Municipal Building    3624 Brownsville Road    Pittsburgh, PA 15227
14920268   BRENTWOOD BORO    3730 BROWNSVILLE ROAD    Pittsburgh, PA 15227
14920269   BRENTWOOD BOROUGH    3624 BROWNSVILLE ROAD    Pittsburgh, PA 15227
14920270   BRENTWOOD BOROUGH    3730 BROWNSVILLE ROAD    Pittsburgh, PA 15227
14920271   BRENTWOOD BOROUGH SCHOOL DISTRICT    3730 BROWNSVILLE ROAD    Pittsburgh, PA 15227
14920272   BRENTWOOD BOROUGH SD    3730 BROWNSVILLE ROAD    Pittsburgh, PA 15227
14933332   Borough of Brentwood & Borough of Brentwood SD    Goehring, Rutter & Boehm    c/o Jeffrey R. Hunt, Esquire    437 Grant Street, 14th Floor    Frick Building    Pittsburgh, PA 15219
14960394   Borough of Brentwood, Pennsylvania    Matthew J. Burne, Esquire    Tucker Arensberg, PC    1500 One PPG Place    Pittsburgh, PA 15222
14920273   CALIBER HOME LOANS    PO BOX 619063    Dallas, TX 75261
14920274   CAPITAL ONE    PO BOX 30281    Salt Lake City, UT 84130
14920275   CAPITAL ONE    PO BOX 30285    Salt Lake City, UT 84130
14920276   CAPITAL ONE ACCOUNTS    PO BOX 140065    Nashville, TN 37214
14920277   CENTRAL CREDIT SERVICES    20 CORPORATE HILL DRIVE    Saint Charles, MO 63301
14920278   COMENITY BANK/EXPRESS    PO BOX 182789    Columbus, OH 43218
14920279   COMENITY BANK/NEWYORK&CO.    220 W SHROCK ROAD    Westerville, OH 43081
14920280   COUNTY OF ALLEGHENY    C/O JOHN WEINSTEIN    436 GRANT STREET    ROOM 108 COURTHOUSE    Pittsburgh, PA 15219
14920281   CREDIT ONE BANK    PO BOX 98873    Las Vegas, NV 89193
14922991   CVI SGP-CO Acquisition Trust C/O Resurgent Capital    P.O. Box 10675    Greenville, SC 29603-0675
14925751   Citizens Bank N.A.    1 Citizens Way Mailstop JCA115    Johnston, RI 02919
14945097   Duquesne Light Company    c/o Bernstein-Burkley, P.C.    707 Grant St., Suite 2200, Gulf Tower    Pittsburgh, PA 15219
14920282   ENHANCED RECOVERY COMPANY    PO BOX 57547    Jacksonville, FL 32241
14934097   Fay Servicing, LLC    Bankruptcy Department    PO Box 814609    Dallas, TX 75381-4609
14909167   HSBC    PO BOX 17580    Baltimore, MD 21297-1580
14920283   HSBC    PO BOX 17580    Baltimore, MD 21297-1580
14921674   LVNV Funding, LLC its successors and assigns as    assignee of FNBM, LLC    Resurgent Capital Services    PO Box 10587    Greenville, SC 29603-0587
14909168   M&T BANK    1 FOUNTAIN PLAZA    FLOOR 4    Buffalo, NY 14203
14920284   M&T BANK    1 FOUNTAIN PLAZA    FLOOR 4    Buffalo, NY 14203
14928315   M&T Bank    PO Box 1508    Buffalo, NY 14240
14920285   MACYS    PO BOX 17759    Clearwater, FL 33762
14920286   MERRICK BANK    10705 S JORDAN GATEWAY    STE 200    South Jordan, UT 84095

| | | | | |
|---|---|---|---|---|
| 14921689 | MERRICK BANK | Resurgent Capital Services | PO Box 10368 | Greenville, SC 29603–0368 |
| 14920287 | PENN HILLS MUNICIPALITY | 260 ASTER STREET | Pittsburgh, PA 15235 | |
| 14920288 | PENN HILLS SCHOOL DISTRICT | 260 ASTER STREET | Pittsburgh, PA 15235 | |
| 14920289 | PORTFOLIO RECOVERY | 120 CORPORATE BOULEVARD | STE 100 | Norfolk, VA 23502 |
| 14909335 | PRA Receivables Management, LLC | PO Box 41021 | Norfolk, VA 23541 | |
| 14930649 | Penn Hills School District | c/o Maiello Brungo & Maiello, LLP | 100 Purity Road, Suite 3 | Pittsburgh, PA 15235 |
| 14929082 | Peoples Natural Gas Company LLC | c/o S. James Wallace, P.C. | 845 N. Lincoln Ave. | Pittsburgh, PA 15233 |
| 14944570 | Portfolio Recovery Associates, LLC | POB 12914 | Norfolk, VA 23541 | |
| 14920290 | SPRINGLEAF FINANCIAL | 601 NW 2ND STREET | Evansville, IN 47708 | |
| 14920291 | STATE COLLECTION SERVICE INC | 2509 S STOUGHTON ROAD | Madison, WI 53716 | |
| 14920292 | TD BANK | c/o TARGET CREDIT | PO BOX 673 | Minneapolis, MN 55440 |
| 14920293 | THE CBE GROUP | PO BOX 126 | Waterloo, IA 50704 | |

TOTAL: 50